UNITED STATES, Appellee

v

DOUGLAS A. BROWN, Private First Class,
U. S. Army, Appellant

17 USCMA 390, 38 CMR 188

No. 20,522

February 9, 1968

Colonel Daniel T. Ghent, Captain Kenneth J. Stuart, and Captain Dennis R. Hunt were on the pleadings for Appellant, Accused.

Lieutenant Colonel David Rarick, Major John F. Webb, Jr., and Captain Paul A. Bible were on the pleadings for Appellee, United States.

Opinion of the Court

FERGUSON, Judge:

In this case, as in United States v Griffin, 17 USCMA 387, 38 CMR 185, this day decided, the law officer instructed the court members that deposition testimony "is entitled to the same consideration, the same rebuttable presumption that the witness speaks the truth, and the same judgment on your part with reference to its weight as is the testimony of witnesses who have confronted you on the witness stand."

Here, the deponent was a major prosecution witness with respect to almost all the charges against the accused. In addition, he testified on the initial issue of mental responsibility as to all such charges. In light of this, and for the reasons set forth in United States v Griffin, supra, it was prejudicially erroneous to instruct the court in the manner set out above. Accordingly, reversal must follow.

The decision of the board of review is reversed, and the record of trial is returned to the Judge Advocate General of the Army. A rehearing may be ordered.

Chief Judge QUINN and Judge KILDAY concur.